# ARGUEDAS, CASSMAN & HEADLEY, LLP

Law Offices

803 Hearst Avenue, Berkeley, California 94710
Phone: (510) 845-3000  Fax: (510) 845-3003
www.achlaw.com

Cristina C. Arguedas
Ted W. Cassman
Laurel L. Headley
Julie A. Salamon
Raphael M. Goldman

Of Counsel:
Christy H. Chandler

January 20, 2016

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
By Facsimile:
(212) 805-7912



RECEIVED
JAN 20 2016
CHAMBERS OF
JOHN G KOELTL
U.S.D.J.

Re: United States v. Reema Shah
No. Cr 12-0404 JGK

Dear Judge Koeltl:

On October 24, 2014 the court sentenced Ms. Shah to two years of probation with conditions that she pay a $500,000 fine and a $200 special assessment. Ms. Shah promptly paid her financial penalties and has complied with all of terms of probation.

Ms. Shah now respectfully requests permission to travel to Italy from June 21, 2016 through July 9, 2016, for a trip with her family. Ms. Shah will provide her itinerary and contact information to her probation officer at least two weeks prior to her departure.

Katherine Goldstein, Deputy Chief, Securities and Commodities Fraud, and Probation Officer Kristen Coleman do not object to this request.

Thank you for your attention to this matter.

Very truly yours,

Ted W. Cassman

cc: Chief Deputy Katherine Goldstein
    USPO Kristen Coleman

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/20/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 1/20/16

1